IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAROD LEE MORELAND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:12cv252-WHA ) (WO) |
| HONORABLE JUDGE MILFORD, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), entered on April 2, 2012, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this 24th day of April, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE